IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**WILLIAM KNIGHT, II,**

    **Plaintiff,**

**v.**

                                                           **Case No:** 1:25-cv-00747

**CORRECTIONAL OFFICER**
**RONALD SMITH,**

    **Defendant.**

## COMPLAINT

Comes now the Plaintiff, William Knight, II, by and through counsel, Stroebel & Stroebel, P.L.L.C., and for his complaint against the above-named Defendant, states as follows:

1. Plaintiff, William Knight (hereinafter, "Plaintiff"), is a citizen and resident of West Virginia that was incarcerated at Stevens Correctional Center (hereinafter SCC). Plaintiff is no longer incarcerated.

2. The Stevens Correctional Center is a correctional institution funded, by the State of West Virginia. The WVDCR is responsible for overseeing the jails and correctional facilities throughout the state. The WVDCR contracted with the McDowell County Commission to provide correctional services at this facility.

3. Defendant, Correctional Officer Ronald Smith, was employed by the McDowell County Commission/WVDCR as a correctional officer at SCC. Defendant Smith used unwarranted and excessive force against the plaintiff when Smith, without cause, struck plaintiff in the testicles. Plaintiff suffered serious pain and injury from this incident. Defendant Smith is being sued in his individual capacity. The unconstitutional conduct described herein occurred on August 8, 2024 at approximately 7-7:30 a.m.

4. The reckless, willful, and intentional acts and omissions of the defendant directly resulted in plaintiff being injured. Video of this incident exists and was used to discipline the defendant. Upon information and belief, defendant Smith was terminated. Plaintiff affirmatively states that he has exhausted all administrative remedies and is no longer incarcerated. Plaintiff asserts that he is seeking damages up to an amount commensurate with the amount of insurance coverage when applicable to the claims made herein.

5. All events and occurrences alleged herein occurred in the State of West Virginia.

## FACTS

6. Plaintiff incorporates by reference and realleges each and every allegation contained in the above paragraphs as if set forth herein.

7. Plaintiff, William Knight, II, was an inmate at the SCC and was standing near defendant Smith when defendant Smith, inexplicably and without cause struck plaintiff in the testicles/groin area with his hand. This strike caused plaintiff serious pain and injury to his testicles. The strike also caused plaintiff's testicles to swell. Plaintiff suffered serious injury to his testicles/groin from the unwarranted striking.

8. Plaintiff further asserts that he is seeking damages from the defendant up to an amount commensurate with the amount of insurance coverage when applicable to the claims made herein. Defendant Smith is being sued in his individual capacity and was acting under the color of state law at all times relevant herein.

9. The excessive and wrongful conduct of defendant Smith should have been captured on a video recording/surveillance recording as it happened in an area that was visible on camera.

10. Defendant's conduct, carried out under the color of state law, violated WVDCR

policy which addresses the duty to protect inmates from harm as well as the use of force policy adopted by the WVDOCR. The conduct described above also violated plaintiff's right to be free from unwarranted physical force in violation of the Eighth Amendment to the United States Constitution. At no time was plaintiff a threat to defendant Smith and at no time did plaintiff fail to follow orders of the defendant.

## COUNT I –OUTRAGEOUS CONDUCT

11. Plaintiff re-alleges and incorporates the above paragraphs as if fully set forth herein.

12. Defendant Smith injured plaintiff while using excessive/unwarranted force when he struck Plaintiff in the testicles. This conduct caused plaintiff serious emotional distress and physical pain. No person should be subjected to such outrageous conduct. Defendant Smith would have known that such conduct was likely to cause severe emotional distress.

13. Defendant Smith is liable for his inappropriate conduct and the use of excessive/unwarranted force against plaintiff and the resulting severe emotional distress.

14. As a result of the aforementioned wrongful conduct, Plaintiff has suffered severe mental anguish, embarrassment, humiliation and physical injury and has otherwise been greatly damaged through defendant's violation of his rights and is therefore entitled to compensatory damages as well as punitive damages from defendants as well as and attorney fees and costs pursuant 42 U.S.C.§ 1988.

## COUNT II –BATTERY

15. Plaintiff re-alleges and incorporates the above paragraphs as if fully set forth herein.

16. Defendant Smith battered Plaintiff when he struck Plaintiff in the groin with his hand, causing serious injury. The striking of plaintiff was unwarranted and unjustified.

17. As a result of the aforementioned battery, Plaintiff has suffered physical injury,

mental anguish, embarrassment, humiliation and has otherwise been greatly damaged, with emotional distress, violation of his rights and is therefore entitled to punitive damages, attorney fees and costs

### COUNT III- VIOLATION OF 42 USC §1983

18. Plaintiff realleges and incorporates the above paragraphs as if fully set forth herein.

19. Defendant Smith used unwarranted and excessive force against Plaintiff when he struck plaintiff in the testicles/groin for no reason.  Plaintiff did not pose a threat to himself or others.  This conduct was unwarranted, unnecessary and unjustified. Defendant Smith's actions were done to Plaintiff under the color of the law of the State of West Virginia.  The conduct described herein deprived plaintiff of his rights and privileges under the Constitution of the United States of America.  At no time did defendant Smith employ any efforts to temper or provide any explanation or reason for this conduct.  Defendant's conduct was unnecessary and excessive and is cruel and unusual punishment.

20. The excessive force used against Plaintiff by Defendant Smith was in violation of Plaintiff's rights under the Eighth Amendment of the United States Constitution.  The conduct as described herein was unwarranted and amounts to cruel and unusual punishment.

21. The conduct of Defendant Smith was so egregious and outrageous, so as to constitute an abuse of power in violation of Plaintiff's rights under the Eighth Amendment. Further, Defendant's acts, as set forth herein, were done while acting under the color of state law. Defendant Smith failed to employ any efforts to temper. Defendant Smith would have known that his conduct violated plaintiff's constitutional rights as a result of legal precedent and his training.

22. As a result of the aforementioned violation of Plaintiff's civil rights, Plaintiff has suffered mental anguish, embarrassment, humiliation and physical injury and has otherwise been

greatly damaged through defendant's violation of his rights and is therefore entitled to compensatory damages as well as punitive damages against defendants as well as attorney fees and costs pursuant to 42 U.S.C.§ 1988.

WHEREFORE, for the reasons set forth in this Complaint, and for such other and further reasons as are apparent to this Honorable Court, Plaintiff respectfully requests that judgment be entered in favor of the Plaintiff and against the Defendant, jointly and severally, and requests that the Court award damages including, but not limited to, physical injury, medical expenses, damages for emotional and mental distress and punitive damages, court costs, pre-judgment interest, post-judgment interest, attorney's fees and expenses.

PLAINTIFF DEMANDS A TRIAL BY JURY.

WILLIAM KNIGHT, II,
By Counsel,

/s/ **Paul M. Stroebel**
Paul M. Stroebel (WV Bar #5758)
Attorney for Plaintiff
Stroebel & Stroebel, PLLC
405 Capitol Street; Suite 102
P.O. Box 2582
Charleston, WV 25329
Telephone: (304) 346-0197
Fax: (304) 346-6029
E-mail: paulstroeb@aol.com